UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD S. BURGESS,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | Case No. C09-5300 BHS<br><br>ORDER GRANTING A VOLUNTARY MOTION TO DISMISS |

This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4.

The matter is before the court on Plaintiff's motion to voluntarily dismiss the action (Dkt. # 9). The defendants do not oppose dismissal (Dkt. # 10).

Accordingly the undersigned recommends that an order be entered pursuant to Fed. R.

//

//

//

ORDER - 1

Civ. P. 41 (a)(1)(A). All other pending motions should be DENIED as moot.

Dated this 6 day of July, 2009.

Benjamin H. Settle
United States District Judge

Recommended for entry this
6th day of July, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2